

# DCF

Law Office of David C. Forrester, L.L.C.
4981 Bluebonnet Boulevard • Baton Rouge, Louisiana 70809
Telephone (225) 928 5400 • Facsimile (225) 928 7733

Direct Dial: (225) 448-5325
Email: david@forresterclark.com

July 2, 2019

Honorable Johnny D. Crain, Jr.
Washington Parish Clerk of Court
P.O. Box 607
Franklinton, LA 70438

REC'D FILED WP CLERK
'19 JUL 8 AM10:42

Re:   *Joshua D. Collett v. Weyerhaeuser et al*
22nd JDC Docket No.
Our File: 195.259      113725 C

Dear Clerk:

I have enclosed an original and two copies a Petition for Damages which has been fax filed. Please file the original and serve one copy accordingly. Please return the final copy to me with the date of filing stamped thereon in the self-addressed, stamped envelope which I have enclosed.

Also enclosed is our firm's check in the amount of $450 to cover the filing fees along with a copy of your fax filing confirmation. If you have any questions, please call.

We appreciate your thoughtful assistance in this matter.

With warm regards, I am

Very truly yours,

David C. Forrester

DCF:hc
Enclosures
cc:   Mr. Charles Abbott
      Mr. Joshua Collett

**EXHIBIT
A**

# Johnny D. Crain, Jr., Clerk of Court

**Washington Parish Courthouse**
**P.O. BOX 607**
**Franklinton, LA 70438**
**Phone Number: (985) 839-4663**
**Fax Number: (985) 839-2925**

DAVID C. FORRESTER                                    Date: July 8, 2019
DAVID C. FORRESTER, LLC                        Case Number: 113725
4981 BLUEBONNET BOULEVARD              Check Number: 7717
BATON ROUGE, LA  70809

| DESCRIPTION | AMOUNT |
|---|---|
| JOSHUA D COLLETT | |
| VS | |
| WEYERHAEUSER COMPANY, ET AL | |
| | |
| DEPOSIT | 450.00 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Received By | |

Printed on July 8, 2019 at 3:09 PM.

JOSHUA D. COLLETT

DOCKET NO. //3725 DIV. C

22ND JUDICIAL DISTRICT COURT

VERSUS

PARISH OF WASHINGTON

WEYERHAEUSER COMPANY,
THORNHILL FORESTRY SERVICE, INC.
and ABC INSURANCE COMPANY

STATE OF LOUISIANA

REC'D FILED WP CLERK
'19 JUL 8 AM 10:43

## PETITION FOR DAMAGES AND INJUNCTIVE RELIEF

NOW INTO COURT, through undersigned counsel, comes plaintiff Joshua D.
Collet who respectfully represents, as follows:

*FAXED*
7/2/19

1.

Made defendants herein are:

(1)    **WEYERHAEUSER COMPANY** (hereinafter "Weyerhaeuser"), a
foreign corporation doing business in the Parish of Washington, State of
Louisiana;

(2)    **THORNHILL FORESTRY SERVICE, INC.** (hereinafter "Thornhill")
is a foreign corporation doing business in Washington Parish; and

(3)    **ABC INSURANCE COMPANY**, a foreign insurer doing business in
the State of Louisiana

which defendants are indebted in solido to the petitioner, for the following reasons.

2.

For the last twenty-three years, plaintiff Joshua D. Collett and his family have
resided at 56276 Highway 436 in Angie, Louisiana, which is in a rural area in
Washington Parish.

3.

Following an exposure to formaldehyde in the 1980's, Joshua Collett and his
mother, Gail Collett, became ill. He was diagnosed with several immunological and
autoimmune disorders that caused multiple health problems, including allergies to
chemical irritants.

4.

After the chemical exposure in the 1980's, plaintiff's lifestyle and activities were limited by his parents initially to lessen his exposure to chemicals.

5.

In order to minimize danger of chemical exposure to the family, plaintiff's mother, Gail Collett, has communicated regularly with the Louisiana Department of Transportation and Development and defendant Weyerhaeuser Company regarding those entities spraying of chemicals in proximity to their rural property.

6.

For twenty-three years, the Louisiana Department of Transportation has taken great care to refrain from spraying within a two mile radius of the Collett household. For over eighteen years, the local Weyerhaeuser office also responded to their requests to avoid spraying within two miles of their property.

7.

On July 6, 2018, without any warning, employees and/or contractors of defendant Weyerhaeuser, Thornhill Forestry Service, Inc., sprayed multiple chemicals in close proximity to the Colletts' property, including directly across the road. Plaintiff's father and a neighbor approached and spoke to the Thornhill crew, but they refused to stop.  The spraying crew was then approached by a deputy sheriff who informed them that the Colletts were on the State of Louisiana "no spray list", but the Thornhill crew again refused to stop spraying.

8.

The following day, the Thornhill crew returned and continued spraying close to the Colletts' property.

9.

The resulting chemical exposure caused Mr. Collett's preexisting asthma and other conditions to become active, aggravating those problems and requiring medical treatment.

10.

The chemical exposure and subsequent injuries suffered by plaintiff Joshua Collett were the result of the following acts and omissions of defendants in the following respects:

a)    negligent handling and disbursal of hazardous chemicals,

b)    negligently failing to consult its own records regarding the dangers of chemical exposure to plaintiff,

c)    gross negligence in handling and spraying of toxic chemicals,

d)    failure to warn plaintiff and/or plaintiff's family of its operational change and the likely exposure during its spraying operation,

e)    violation of the state statutes and regulations of the Louisiana Department of Agriculture and Forestry;

f)    failing to cease spraying after the initial contamination and warning; and

g)    other acts of negligence and want of care, all of which will be shown at the trial of this matter.

11.

Regarding any negligent actions of defendant Weyerhaeuser, and/or its contractors, it is affirmatively pled that the spraying of chemicals and other toxic dispersants is an ultra-hazardous activity for which Thornhill Forestry Service, Inc. solidarily liable.

12.

Defendant Weyerhaeuser further breached a long-standing oral promise to plaintiff to refrain from disbursing chemicals and other dangerous substances within a two mile radius of the Colletts' house and/or to warn them before any such spraying occurred, so that he could protect himself, property and family from further injury.

13.

As a result of the negligence and want of care of defendant Weyerhaeuser, its employees and/or contractors, plaintiff has suffered and continues to suffer severe physical injury, mental anguish and financial loss, including the following:

a)   severe aggravation of immunological and allergic health problems which were well known to defendant,

b)   fear of severe and continuing injury, cancer and other ailments as a result of the chemical exposure,

c)   loss of enjoyment of life,

d)   an increase in past, present and future medical, living and rehabilitation expenses, and

e)   other damages which will be shown at the trial of this matter.

14.

During the pendency of this action, there is a clear and present danger that Weyerhaeuser or its contractors will repeat its spraying activity near plaintiff's residence, either intentionally or inadvertently. The consequences of further spraying are potentially damaging to plaintiff's present and future health.

15.

In view of the danger of spraying in the upcoming months, plaintiff is entitled to a preliminary injunction during the pendency of this action as well as any and all appropriate permanent injunctive relief subject to the provisions of the Louisiana Code of Civil Procedure art. 3601, et seq., in order to protect plaintiff from damage and injury, including irreparable harm.

16.

Defendant Thornhill Forestry Service, Inc. contracted with defendant Weyerhaeuser to conduct spraying operations in the area of plaintiff's residence and it is solidarily liable with Weyerhaeuser for the damages caused to plaintiff herein.

17.

Defendant ABC Insurance Company provided liability insurance covering the actions of defendant Thornhill Forestry Service, Inc. at all times pertinent hereto.

18.

Plaintiff is entitled to a trial by jury.

19.

Plaintiff stipulates that his claims herein are less than $75,000.00.

4

WHEREFORE, plaintiff Joshua D. Collett prays for judgment rendered in his favor and against defendants Weyerhaeuser, Inc., Thornhill Forestry Service, Inc. and ABC Insurance Company as follows:

1.  For all damages that are reasonable in the premises, but less than $75,000.00;

2.  For a preliminary injunction prohibiting defendant Weyerhaeuser, its employees and its contractors, including Thornhill, from spraying chemicals within a two mile radius of plaintiff's residence during the pendency of this action.

3.  For a permanent injunction prohibiting defendant Weyerhaeuser its employees and its contractors, including Thornhill, from spraying chemicals within a two mile radius of plaintiff's residence, and

4.  For all court costs, expert witness fees, attorney's fees and any other costs herein.

Respectfully Submitted:

LAW OFFICE OF DAVID C. FORRESTER, LLC

DAVID C. FORRESTER, Bar Roll No. 5710
4981 Bluebonnet Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 448-5325
Facsimile: (225) 928-7733

**PLEASE SERVE**

Weyerhaeuser Company
Through its Registered Agent
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

Thornhill Forestry Service, Inc.
Hold Service

## CITATION

JOSHUA D COLLETT

*Versus*

WEYERHAEUSER COMPANY, ET AL



Case: 113725
Division: C
22nd Judicial District Court
Parish of Washington
State of Louisiana

To:   WEYERHAEUSER  COMPANY
      THRU ITS REGISTERED AGENT COROPORATION  COMPANY
      501 LOUISIANA AVENUE
      BATON ROUGE, LA  70802

*Parish of Washington*

*You are hereby cited to comply with the demand contained in the Plaintiff's petition, a certified copy of which accompanied this Citation, or to file your answer thereto in writing in the office of the Clerk of said Court, in the Town of Franklinton, Louisiana, fifteen (15) days after service hereof.*

*Herein fail not or judgment will be rendered against you by default.*

*Witness the Honorable Judges of said Court, this 8TH day of JULY, 2019.*

_____

Deputy Clerk of Court for
Johnny D. Crain, Jr., Clerk of Court

*Type of Pleading:*PETITION FOR DAMAGES AND INJUNCTIVE RELIEF

*Attorney:*
*FORRESTER*

### *Service Information*

Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:

**Personal Service** on the party herein named _____.
**Domiciliary Service** on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.

Returned:
Parish of _____ this _____ day of _____, 20_____.

Service        $_____

                                    By: _____

Mileage        $_____            *Deputy Sheriff*

Total          $_____

FOOTERAREA

## CITATION



*JOSHUA D COLLETT*

*Versus*

*WEYERHAEUSER COMPANY, ET AL*

*Case: 113725*
*Division: C*
*22nd Judicial District Court*
*Parish of Washington*
*State of Louisiana*

---

To:   *WEYERHAEUSER COMPANY*
     *THRU ITS REGISTERED AGENT COROPORATION COMPANY*
     *501 LOUISIANA AVENUE*
     *BATON ROUGE, LA 70802*

*Parish of Washington*

*You are hereby cited to comply with the demand contained in the Plaintiff's petition, a certified copy of which accompanied this Citation, or to file your answer thereto in writing in the office of the Clerk of said Court, in the Town of Franklinton, Louisiana, fifteen (15) days after service hereof.*

*Herein fail not or judgment will be rendered against you by default.*

*Witness the Honorable Judges of said Court, this 8TH day of JULY, 2019.*

*Deputy Clerk of Court for*
*Johnny D. Crain, Jr., Clerk of Court*

---

*Type of Pleading:* PETITION FOR DAMAGES AND INJUNCTIVE RELIEF

*Attorney:*
*FORRESTER*

I made service on the named party through the
CORPORATION SERVICE COMPANY EMILY FIELDS

AUG 07 2019

by tendering a copy of this document to:

### *Service Information*  ☐

DY. E. CUMMINS #1155
Deputy Sheriff Parish of East Baton Rouge, LA

*Received on the* _____ *day of* _____, 20____ *and on the* _____ *day of* _____, 20____ *served the above named party as follows:*

**Personal Service** *on the party herein named* _____.

**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of* _____, *a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*Returned:*
*Parish of* _____ *this* _____ *day of* _____, 20____.

*Service*    $ _____

*Mileage*    $ _____

*Total*      $ _____

*By:* _____
        *Deputy Sheriff*

RECEIVED

AUG - 6 2019

E.B.R. SHERIFF'S OFFICE

[ FILED COPY ]

**Sid J. Gautreaux**
**Sheriff East Baton Rouge Parish**

Clerk of Court  Washington Parish
P.O. Box 607

Franklinton, LA  70438

**DISTRICT COURT**
For the Parish of East Baton Rouge
8/6/2019

Case: (59) 113725     JOSHUA D COLLETT vs WEYERHAEUSER COMPANY ET AL
1,595,758

| Nbr | Date | Service Type | Charges |
|---|---|---|---|
| 1 | 08/06/2019 | Citation<br>; 1 CORP SERVICES; BATON ROUGE, LA 70802 | $6.64 |
| 1 | 08/06/2019 | Mileage Charge | $3.12 |

Case Total:        $9.76

**Total:**        **$9.76**

Please make check payable to:
Sid J. Gautreaux, Sheriff
P.O. Box 3277
Baton Rouge, LA 70821

PLEASE RETURN THIS BILL WITH CHECK

*SHERIFF'S LETTER*

*JOSHUA D COLLETT*

*Versus*

*WEYERHAEUSER COMPANY, ET AL*



*Case: 113725*
*Division: C*
*22ⁿᵈ Judicial District Court*
*Parish of Washington*
*State of Louisiana*

To: *SHERIFF OF EAST BATON ROUGE PARISH*
*P. O. BOX 3277*
*BATON ROUGE, LA. 70821*

*Parish of Washington*

*Dear Sheriff:*

*Enclosed herewith please find the enclosed documents to be served.*

*Please make your returns to this office along with a bill for any costs that you may have.*

_____

*Deputy Clerk of Court for*
*Johnny D. Crain, Jr., Clerk of Court*

*Attorney:*

FOOTERAREA



# DCF

Law Office of David C. Forrester, L.L.C.
4981 Bluebonnet Boulevard • Baton Rouge, Louisiana 70809
Telephone (225) 928 5400 • Facsimile (225) 928 7733

Direct Dial: (225) 448-5325
Email: david@forresterclark.com

REC'D FILED WP CLERK
'19 JUL 19 AM 11:00

July 17, 2019

Honorable Johnny D. Crain, Jr.
Washington Parish Clerk of Court
P.O. Box 607
Franklinton, LA 70438

> Re:   *Joshua D. Collett v. Weyerhaeuser et al*
>        22nd JDC Docket No. 113,725  Div. C
>        Our File: 195.259

Dear Clerk:

I have enclosed a conformed copy of the Petition for Damages which was filed in this matter. I ask that you please prepare a Long Arm Service for Thornhill Forestry Service, Inc. and return the same to me in the self-addressed, stamped envelope which I have enclosed.

It is our understanding that there are sufficient funds remaining to cover the costs of preparing the Long Arm Service. If you have any questions, please call.

We appreciate your thoughtful assistance in this matter.

With warm regards, I am

Very truly yours,

David C. Forrester

DCF:hc
Enclosure

*LONG-ARM STATUTE CITATION*

*JOSHUA D COLLETT*

*Versus*

*WEYERHAEUSER COMPANY, ET AL*



Case: 113725
Division: C
22nd Judicial District Court
Parish of Washington
State of Louisiana

*To:   THORNHILL FORESTRY SERVICE, INC.*

*Residing in the County of , State of*

*You are hereby cited to comply with the demand contained in the Plaintiff's petition, a certified copy of which accompanied this Citation, or to file your answer thereto in writing in the office of the Clerk of said Court, in the Town of Franklinton, Louisiana, thirty (30) days after service hereof.  Herein fail not or judgment will be rendered against you by default.*

*Witness the Honorable Judges of said Court, this 22nd day of july, 2019.*

_____

*Deputy Clerk of Court for
Johnny D. Crain, Jr., Clerk of Court*

*Attorney:
FORRESTER*

### *Service Information*

*Received on the _____ day of _____, 20_____ and on the _____ day of _____, 20_____ served the above named party as follows:*

**Personal Service** *on the party herein named _____.*
**Domiciliary Service** *on the party herein named by leaving the same at his/her domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his/her residence at the time of said service.*

*Returned:
Parish of _____ this _____ day of _____, 20_____.*

*Service       $_____*

*Mileage      $_____*                    *By:* _____
                                                    *Deputy Sheriff*

*Total         $_____*

FOOTER AREA

**NOTICE OF SERVICE**

*JOSHUA D COLLETT*

*Versus*

*WEYERHAEUSER COMPANY, ET AL*



Case: 113725
Division: C
22ⁿᵈ Judicial District Court
Parish of Washington
State of Louisiana

To:   DAVID C. FORRESTER
      DAVID C. FORRESTER, LLC
      4981 BLUEBONNET BOULEVARD
      BATON ROUGE, LA  70809

Date of Service: August 7, 2019

Service: weyerhauser company

Personal/Domiciliary: Personal

Issued by the Clerk of Court on the _13_ day of _august_ 2019.

Moved to:


*Pleading Served*
citation

_____

Deputy Clerk of Court for
Johnny D. Crain, Jr., Clerk of Court

Attorney:
forrester

FOOTERAREA